UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SUSAN STONE and**
**WILLIAM R. VERNOR**              CASE NO:        2:15-cv-000382
**Plaintiff**
                                    JUDGE:          MORGAN
v.
                                    MAGISTRATE:     NORTH

**THE UNITED STATES OF AMERICA,**
**UNITED STATES DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES,**
**ST. CHARLES COMMUNITY**
**HEALTH CENTER, INC.,**
**CYNTHIA CALDWELL, D.D.S.**
**Defendants**

## ORDER

Considering the *Unopposed Partial Motion To Dismiss Without Prejudice* (Rec. Doc. 31), the motion is hereby granted.

**IT IS ORDERED THAT** all claims asserted by Susan Stone and William R. Vernor in this lawsuit against United States Department Of Health And Human Services, St. Charles Community Health Center, Inc., and Cynthia Caldwell, D.D.S. are dismissed without prejudice. The only Defendant remaining this case is the United States of America.

**IT IS ORDERED THAT** all claims asserted by Susan Stone and William R. Vernor against the United States of America under the United States Constitution and Louisiana Constitution, except all claims asserted under the Federal Tort Claims Act (FTCA), are hereby dismissed without prejudice.

**IT IS ORDERED THAT** all claims asserted by Susan Stone and William R. Vernor against the United States of America under the Federal Tort Claims Act (FTCA) remain pending.

**IT IS ORDERED THAT** the *Partial Motion to Dismiss* (Rec. Doc. 29) filed by Defendants is moot.

New Orleans, Louisiana, this 5th day of August, 2015.

_____
UNITED STATES JUDGE