UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN STONE and** | * | **CIVIL ACTION** |
| **WILLIAM R. VERNOR** | | |
| | * | **NUMBER: 15-382 "E" (5)** |
| **v.** | | |
| | * | **JUDGE MORGAN** |
| **UNITED STATES OF AMERICA** | | |
| | * | **MAGISTRATE NORTH** |

\* \* \*

## ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss,

**IT IS HEREBY ORDERED** that the claims brought by plaintiffs, Susan Stone and William Vernor, against defendant, the United States of America, in the above-captioned matter be dismissed, with prejudice, each party to bear their own costs.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this  24th   day of August, 2017.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**